UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20793-LEIBOWITZ

YOSMAY ACOSTA GARCIA,

     *Petitioner*,

*v.*

CHARLES PARRA, ASSISTANT FIELD
OFFICE DIRECTOR,

     *Respondent.*

_____/

## ORDER

Before the Court is Respondent's Notice of Intent to Comply with Order for Bond Hearing [ECF No. 9]. Respondent represents that he intends to comply with the Court's Order for a bond hearing and simply preserves his arguments from prior cases for appeal. [*Id.* at 2–3].

Accordingly, upon due consideration it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition [**ECF No. 1**] is **GRANTED**.

2. Respondent Parra shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a) within fourteen (14) days of the entry of this Order, or otherwise release Petitioner. Counsel for Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing. No less than 72 hours before the bond hearing is set to commence, Respondent Parra shall notify counsel that a bond hearing has been scheduled (including the time, date, and location of the bond hearing) and apprise counsel of any requirements to appear for Petitioner at the hearing.

3.  Respondent Parra shall file a notice with the Court **on or before March 3, 2026**, confirming and detailing its compliance with this Order.

4.  The *Clerk* is **DIRECTED** to **CLOSE** this case.  All deadlines are **TERMINATED**, any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on February 17, 2026.

_____

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record

2